# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**DAVID WAYNE BOYLES**                                                              **PLAINTIFF**

**VS.**                                      **2:04CV00006 WRW**

**RAY HOBBS, et al**                                                                **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed and the time for doing so has passed.

After considering the Recommended Disposition and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE.  Plaintiff's Motion for Extension of Time to File Pre-Trial Disclosures (Doc. No. 81) is MOOT.

IT IS SO ORDERED this 25th day of April, 2006.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE